JUNE 21, 1974

No. 73–1755.   NEW YORK TYPOGRAPHICAL UNION No. 6 ET AL. *v.* NEW YORK TIMES Co.   Ct. App. N. Y.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

No. A–1204.   RAPIDES PARISH POLICE JURY ET AL. *v.* JOHN BRADAS ET AL.   Application for stay of judgment of the United States District Court for the Western District of Louisiana pending appeal to the United States Court of Appeals for the Fifth Circuit, presented to MR. JUSTICE POWELL and by him referred to the Court, denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

JUNE 24, 1974

No. 73–499.   DILLENBURG *v.* KRAMER, SECRETARY OF STATE OF WASHINGTON, ET AL.   Affirmed on appeal from D. C. W. D. Wash.   MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.